# Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

P. O. Box 173
Montgomery, AL 36101-0173
PHONE 334-262-8371 • FAX 334-262-8599

CURTIS C. REDING
TRUSTEE

BETH PEEK
ASSISTANT TRUSTEE

August 12, 2016

United States Bankruptcy Court
Clerk of the Court
Post Office Box 1248
Montgomery, Alabama 36192

RE: Report of Unclaimed Funds

Dear Clerk of the Court:

The following Chapter 13 cases have been closed by Order of the Court; however, certain funds of the estates have been unpaid. Enclosed is check #2031197 for $2,686.67 representing those unpaid funds. Pursuant to Rule 3011 of the Rules of the Bankruptcy Procedure, below is an itemized listing of the names and addresses of those creditors, or debtors, not receiving full payment or refund, under the plans (due to checks not being negotiated).

| Debtor & Case No. | Creditor (Debtor) & Address | Amount. |
|---|---|---|
| LESLEY RABB<br>10-12265-WRS | LESLEY RABB<br>683 JESTER ST<br>COWARTS, AL, 36321 | $73.14 |
| NATASHA R HOWARD<br>10-33141-DHW | NATASHA R HOWARD<br>3814 AUDUBON RD<br>MONTGOMERY, AL, 36111 | $4.74 |
| BRANDON J DANZEY<br>11-10137-WRS | BRANDON J DANZEY<br>302 DAVENPORT ST<br>HEADLAND, AL, 36345 | $13.39 |
| WILLIAM MARTIN<br>11-30191-DHW | WILLIAM MARTIN<br>225 LITTLE STEEL BRIDGE RD<br>ECLECTIC, AL, 36024 | $4.38 |
| MARCUS MORRISON<br>REBECCA MORRISON<br>11-30202-DHW | MARCUS MORRISON<br>REBECCA MORRISON<br>P O BOX 231<br>LOWNESBORO, AL, 36752 | $1.05 |
| RUFUS E JONES<br>NANCY M JONES<br>11-30972-DHW | RUFUS E JONES<br>NANCY M JONES<br>453 CLAYTON PKWY APT C<br>MONTGOMERY, AL, 36104 | $520.31 |


| Debtor & Case No. | Creditor (Debtor) & Address | Amount |
|---|---|---|
| REBECCA ANN SWINT<br>11-80608-WRS | REBECCA ANN SWINT<br>1721 CHERRY CIR APT A<br>OPELIKA, AL, 36801 | $163.56 |
| MAJOR LEE WILLIAMS<br>11-31391-DHW | MAJOR LEE WILLIAMS<br>3014E SOUTHMALL CIRCLE<br>MONTGOMERY, AL, 36116 | $10.74 |
| SONIA FAYE BURTON<br>11-81278-WRS | SONIA FAYE BURTON<br>1622 HOLLEY AVE<br>CAMP HILL, AL, 36850 | $1.38 |
| LINDA F HART<br>11-32669-DHW | LINDA F HART<br>19 7TH RETREAT<br>ECLECTIC, AL, 36024 | $153.00 |
| THOMAS L BENSON<br>11-32689-DHW | THOMAS L BENSON<br>325 CASEY WOODS COURT APT D4<br>GEORGIANA, AL, 36033 | $239.12 |
| ROBERT C DANIELS<br>11-11992-WRS | ROBERT C DANIELS<br>314 MALLON ST<br>DOTHAN, AL, 36301 | $266.98 |
| CHRISTOPHER A BUCKNER<br>12-80678-WRS | CHRISTOPHER A BUCKNER<br>1165 CO RD 215<br>LANETT, AL, 36863 | $269.10 |
| DOUGLAS WALKER<br>12-31971-DHW | DOUGLAS WALKER<br>3772A WHITING AVE<br>MONTGOMERY, AL, 36105 | $1.53 |
| MARILYN HUGHLEY<br>12-32496-DHW | MARILYN HUGHLEY<br>P O BOX 658<br>CLANTON, AL, 35046 | $5.35 |
| ROBERTA ADAMS<br>12-81539-WRS | ROBERTA ADAMS<br>36 LEE RD 730<br>CUSSETA, AL, 36852 | $1.41 |
| LAVERNE BRYANT<br>12-12193-WRS | LAVERNE BRYANT<br>P O BOX 1221<br>MARIANNA, FL, 32446 | $50.00 |
| ROBERT DANTLEY<br>13-10200-WRS | ROBERT DANTLEY<br>105 CARL ST<br>DOTHAN, AL, 36303 | $137.96 |
| KAYLA SIMONE SIGERS<br>13-11813-WRS | KAYLA SIMONE SIGERS<br>702 VIRGINIA AVE<br>OPP, AL, 36467 | $51.00 |
| STANLEY WIGGINS<br>14-30443-DHW | STANLEY WIGGINS<br>134 4TH ST<br>HAYNEVILLE, AL, 36040 | $225.00 |

| Debtor & Case No. | Creditor (Debtor) & Address | Amount. |
|---|---|---|
| JODIE MAE SMITH<br>14-11518-WRS | JODIE MAE SMITH<br>40 CO RD 1124<br>TROY, AL, 36079 | $369.00 |
| BRITTNEY NICOLE FOX<br>14-32174-DHW | BRITTNEY NICOLE FOX<br>5685 EXPRESS DR APT E06<br>MONTGOMERY, AL, 36116 | $51.64 |
| WILLIAM MARTIN REGISTER<br>14-81171-WRS | WILLIAM MARTIN REGISTER<br>31 CUMBERLAND CIRCLE<br>PHENIX CITY, AL, 36867 | $72.89 |

This does certify that the information shown above is true and correct to the best of my knowledge and belief.

Sincerely,

Curtis C. Reding
Chapter 13 Trustee
CCR/BH