UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

RECEIVED

NOV 1 4 2016

United States Bankruptcy Court
Middle District of Alabama

In Re: RUFUS E. JONES and )
) Case No.: 11-30972
NANCY M. JONES )
)
Debtor(s) )
)

FILED

NOV 1 4 2016

U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

**APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS
FOR INDIVIDUAL OWNER OF RECORD**

Comes now the undersigned, to make application for an order directing payment of unclaimed funds now on deposit in the Treasury of the United States. Claimant is a ☐ creditor ☑ debtor (check one) in the above-referenced bankruptcy case and on whose behalf these funds were deposited.

| 1. | Name of Claimant(s) | Rufus E. Jones and Nancy M. Jones |
| 2. | Current Mailing Address | 14 Turner Place, Montgomery, AL 36109 |
| 3. | Telephone Number | (334) 314-6103 |
| 4. | Amount Being Claimed | $ 637.31 |

I, Rufus E. Jones and Nancy M. Jones, state under penalty of perjury that I am legally entitled to claim the funds described above. I certify to the best of my knowledge that all information submitted in support of this claim is true and correct.

11/09/16          Rufus E. Jones                Nancy M. Jones
Date              Claimant Signature            Joint Claimant Signature

Subscribed and sworn to before me this 9th day of November, 2016.

_____
Notary Public
In and for the State of Alabama
My commission expires 06/12/19