The relief described hereinbelow is SO ORDERED

Done this 8th day of December, 2016.



*Dwight H. Williams, Jr.*
**Dwight H. Williams, Jr.**
**United States Bankruptcy Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF ALABAMA

In re:
RUFUS E. JONES                                        Chapter 13
NANCY M. JONES                                 Case No. 11-30972
   Debtor(s)

## ORDER TO TURNOVER FUNDS

Upon consideration of the Application for Payment of Unclaimed Funds filed on November 14, 2016 (Doc. 53), it is hereby

ORDERED that the Clerk of the United States Bankruptcy Court is directed to submit to the United States District Court, Middle District of Alabama, a voucher for payment of $637.31 to the debtors as follows:

                                        Rufus E. Jones
                                        Nancy M. Jones
                                        14 Turner Place
                                        Montgomery, AL 36109

###END OF ORDER###

c: Debtor
   Debtor's Attorney
   Chapter 13 Trustee
   Rufus E. Jones & Nancy M. Jones, 14 Turner Place, Montgomery, AL  36109
   U.S. Attorney



Submitted by:
Janet Clark