The relief described hereinbelow is SO ORDERED

Done this 8th day of December, 2016.



Dwight H. Williams, Jr.
United States Bankruptcy Judge

_____

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re:
RUFUS E. JONES                                    Chapter   13
NANCY M. JONES                                    Case No. 11-30972
   Debtor(s)

## ORDER TO TURNOVER FUNDS

Upon consideration of the Application for Payment of Unclaimed Funds filed on November 14, 2016 (Doc. 53), it is hereby

ORDERED that the Clerk of the United States Bankruptcy Court is directed to submit to the United States District Court, Middle District of Alabama, a voucher for payment of $637.31 to the debtors as follows:

        Rufus E. Jones
        Nancy M. Jones
        14 Turner Place
        Montgomery, AL  36109

###END OF ORDER###

c: Debtor
  Debtor's Attorney
  Chapter 13 Trustee
  Rufus E. Jones & Nancy M. Jones, 14 Turner Place, Montgomery, AL  36109
  U.S. Attorney



Submitted by:
Janet Clark